In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for BRONX RIVER EXPRESSWAY and Other Improvements, in the Borough of The Bronx. LION BREWERY OF NEW YORK CITY, Respondent; BANNER OIL COMPANY, Appellant.

Argued January 10, 1955; decided February 24, 1955.

*Nathan L. Goldstein* and *Joseph Z. Goldstein* for appellant.

*Charles Lamb* and *Loretta A. Conway* for Lion Brewery of New York City, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS and BURKE, JJ.